WILLIAM BORDEN, Respondent, *v.* THE SOUTH SIDE RAILROAD COMPANY OF LONG ISLAND, Appellant.

(Argued September 29, 1876; decided October 6, 1876.)

MEM. of decision below, 5 Hun, 184.

*E. B. Hinsdale* for the appellant.

*Amasa J. Parker* for the respondent.

Agree to affirm. No opinion.
Judgment affirmed.